# UNITED STATES DISTRICT COURT

CURTIS HOWELL  V.  MASSACHUSETTS ATTORNEY
General, (CJIS, 50 Mass Cities)
Department of Justice,
Lowell Police department,
Panera Bread,  UPS
Department of Youth Services,
City Of Boston,  US Postal Service,
Drake,  Kanye West, Universal, Warner

## PLAINTIFF,

## CURTIS HOWELL,

234 Gibson Street Lowell, Ma. 01852 | (978) 319-1418, (857) 272-6752 |
CurtisHowell810@icloud.com, tramporlean.brlyz@icloud.com

## Defendants,

1. MASSACHUSETTS ATTORNEY General, (CJIS, 50 Mass Cities),
2. Department of Justice,
**3.** Lowell Police department,
4. Panera Bread,
5. Department of Youth Services,
6. City Of Boston,
7. Drake, and Universal,
8. Kanye West and Universal,
9. United States Postal Service,

25

# Complaint

### 1. United States Postal Service summary of complaint,

Beginning from 9/6/2018 I been complaining of hacking of my phone to police in Lowell and then was arrested on 5/22/2019. I was released and began complaining to Apple inc about hacks on my phone. From January 2021 I began sending out poor-man copyrights of my songs through the mail to protect my property since police were not responding nor department of justice. The United state's postal service started to bring my mail to the post office and not stamp the dates on the mailings. Which is my receipt that it was mailed and processed. This required me to send it again. Delaying the date on my intellectual properties. Which I later notarized the list of 500 songs in 7/28/21. The postal service did this at least 4 times with mail in January, February, and April 2021. Despite me asking for them to put the stamp on it they still did it the same way. I had to get it notarized and sealed shut. Likewise I mailed out numerous housing mail and mail related to a hate crime on the Lowell regional transit authority bus (lawyer Deborah Ecker), which I keep getting my mail sent back saying there's no address pertaining to the recipients. The controversy relating to the issues are a high amount and dates stamp are of great importance.

### 2. Panera Bread summary of the Complaint,

While working at Panera bread from 4/2019–6/26/18, I reported many violations of bumping into me that appeared intentional. I contacted the supervisors about the occurrence and requested to move. I requested to be move to another position on the overnight cause there was too many younger adults on the shift. These younger adults didn't know how to work properly in a fast pace environment. I kept getting my rear end bump into which I had to confront the same person more than once. I reported this and I couldn't get assistance so I had to quit. Which is consistent with a series of sexual harassment and assault on other occasions. Including telling two young girls when I was cleaning the bathroom and picking up my things when one entered having the young girl tell me I could stay in the bathroom on camera. Which I said no and left out. Then when the young girl came out I went back in to clean the bathroom and another of her friends went in which I seen them prior to going in the bathroom eating at the table. So I know they were friends. These things cause me to quit my job which I worked up to being able to operate as a shift leader which denied my opportunities of growth and a higher wage stopping my advancements.

26

### 3. Lowell Police Department and Apple INC, summary of complaint,

Beginning from 9/6/18-5/22/2019, and 8/2/2020–9/28/21, I have been making complaints to Apple Inc. about hacking of my phones. I explained to them google sent me something saying my account has a virus (aka hack), which they told me what would google know about apple inc. products. I continuously called and reported shuffling of my songs in GarageBand, I reported someone making duplicate after duplicate to fill up my phone storage. But they reassured me there was no hack. I mentioned Pegasus hack on the iPhone which they then ignored. Even though I kept asking. This was not reported to the federal bureau of investigation despite my calls to them. Likewise they did not provide the location of the log ins on my phone other than my address. Which my location Ip address kept saying New York although I'm in Massachusetts. I explained I made various of complaints to department of justice and various of my emails kept disappearing along with my songs starting from 1-100 (2018-2019) and 100-700 from 7/27/21-9/28/21 all totaling 29 albums. This assisted the hacking and theft of my property and loss of work hours. By Invasion of property and people using my music in my products.

### 4. Drake Graham and Kanye West et al;

Drake graham been using my intellectual properties in his music again even after previous 5/1/19 civil action filed. I wrote a complaint on 3/12/2021 about intellectual properties used on the collection of songs released in 2020 filed to the department of justice. Then I sent notice to all major recording labels requesting not for them to use my music products please. Then drake and Kanye west then released albums with my music content in them. Likewise many others have used my products from 2020-2021. Which are the additional best artist in the music industry which I may call as witnesses or retained the right to amend my complaint to add further artist after review of all the additional material of 2019-2021 which is over approximately 500 albums released. The top lines of my music was taken, the theme of my music, lines in my music and style of my lyrics as well as beats (sound). This has occurred by the music industry since 1993. All 11/20/21 I have 2 phones with 757 songs

### 5. Massachusetts attorney General, Complaint relating to Records request violations, denial of redress of grievances,

On 5/18/19 I mailed out over 60 letters requesting records from 60 cities and it towns in **Massachusetts, CJIS, IRS, and the Chief F.I.O.A** (first one in 2016). I was seeking records from 1980-2019 relating to all these things listed below, arrest records, police reports relating to

27

being a victim of violence, records from city hall relating to musical performances in 1993-1994. Tax information from all employment I worked including M.I.T from music performances in 1993-1994. Hospital records from various states throughout United States including out of state prison records. And addition information requested below in sub paragraphs. I was denied receiving the records according to the law. Which I RE-submitted request. Likewise I went to several places and put in request personally which is on camera. The first set of request was on 2016 while in prison.

A. **Massachusetts Mayors and Police stations Throughout Massachusetts.** Relating to being denied records request from 1980-2021 that I requested but never received. (1980-9/19/21). **Attorney General and the Massachusetts State Police (1980-9/19/2021), CJIS, (background records), City Hall Records, For all towns listed as well;**

Request include ; Police reports (being the victim and arrest records) (All revenue earned, property taxes, foreclosures, employment records, all property records, Will, estate record, (bank records, 1980-2005, 2012). Dedham, Stoughton, Randolph, Fall River, New Bedford, Quincy, Boston Police [Dorchester, Roxbury, West Roxbury, South Boston, Jamaica Plain, South-end, Charlestown, Brighton, Roslindale, East Boston), Cambridge, Newton, Watertown, Worcester, Revere, Lynn, Malden, Medford, Brockton, Marshfield, Hyde Park, Bourne, Hyannis, Attleboro, Somerville, Avon, Chelsea, Everett, Westwood, Groveland, Lowell, Weymouth, Marshfield, Taunton, Framingham, auburndale, Arlington, Waltham, Plymouth, M.I.T police, Harvard Police, Wentworth police, Wellesley, Braintree, Milton, Canton, Bridgewater, Norwood, Billerica, Burlington, Haverhill, Needham, Marlborough, Stoneham, Walpole, Concord. Norfolk, Maine through Florida as well. Also other cities named. (Records from all courts from all jurisdictions). **Copies of all records/Inquiries requested from all above listed parties (2013-2021). Police stations and connected courts throughout Massachusetts;**

B. **IRS (Internal Revenue Service) records, (1980-9/19/21)**,
All revenue earned, property taxes, foreclosures, employment records, all property records, Will, estate record, (bank records, 1980-2005, 2012).

C. **Chief F.O.I.A records, (1980- 9/19/21)**, relating to all of the United States, Schools, Hospitals, police stations, victim of accidents, Foster Homes, victim of a violent crime,

28

parking tickets. Census bureau records. (All states From Maine to Florida and all other states). License Plate checks on all my vehicles from (2001-2013). F.O.I reports or field reports in all states from (1996-2021, Maine-Florida) and all other states. **Copies of all records/Inquiries requested from all above listed parties (2013-2021). This evidence relates to claims and defenses.**

Immediate injunction relief from Prison Authorities and Executive branch authorities connected to federal bureau of investigations, Alcohol, tobacco and firearm, all police departments throughout Massachusetts and United States that I was arrested or served a jail or prison term or was detained. Court houses throughout United States that I been. Municipalities, schools, hospitals, corporations and Employers that I worked for. I request that all illegal BCI, BMI, RFID, Hynoptic Analgesic, neuroprosthesis, Mav/UAV, neurostimulator type device cochlear hearing device to stop sending me messages against my consent. I don't want these devices to collecting data or sending data to me. Nor controlling none of my motor units. I ask that my privacy rights be protected. That all illegal brain collecting data devices being destroyed. I request for information pertaining to lawsuits of juveniles in DYS locked up in jails/prisons during overcrowding from March 1994—April 1994. At these various institutions and others.

6. **Department of Youth Services, and The City of Boston, (1992-1996) summary of the complaint,** Police Report 950121-115 Boston Police Report (E-5 District)

In **March 1994-March 1994,** I was brought to many different locations due to overcrowded population in the department of youth services. I was taken to adult prisons all over the Massachusetts to stay in the booking area where I was amongst inhumane conditions and denied the law library, education, religious, rehabilitation services, privacy with showers (in the department of youth facilities) where we had to shower exposed with no curtains, in front of other youth and adult staff. Which is less private than the adult facility. In 1995 after on AWOL from the department of youth services I was arrested in the **Bromley Health Street Projects,** for carrying a firearm and the report specified I was locked up by officer "**TeleType**". This has been a privacy invasion since 1995. By the department of youth services and the city of Boston police departments, (**BCI, BMI, RFID, Neuroprothesis Devices**). The Illegal use of BCI, BMI, By Adult prisons of Juveniles lead to A Manipulative system of Abuse which Resulted in Arrest, parking tickets, (etc...)

   A. Billerica House of Corrections, (1991-2021)

   B. Department Of Corrections, (1986-2018)

29

C. Middleton House of Corrections (1994)

D. Plymouth House of Corrections, (1994-2013)

E. Nashua Street Jail, and Suffolk County House of Corrections, (1994-2010)

F. Ash Street Jail and Bristol County house of Corrections, (1996-2010),

G. Hampden County House of Corrections,

7. Department of Justice Complaint summary,

From 2018-2019 and 2020-2021 I made over 250 complaints relating to the hacking of my property and the theft and the privacy invasion of my intellectual properties. I explained that the United States postal service was delaying my poor man copyright mailing service on multiple occasions stopping me from dating the envelope to protect my property. I also reported specifically over the course that I heard content of my material in drakes March releases in his music similar the music that I was preparing. I made reports about being in jail as a juvenile in the department of youth services and amongst overcrowded population much like Suffolk county house of corrections where I was brought to many adult prison systems and had to sleep in booking. Where I was surrounded around unsafe conditions and improper living conditions. Sleeping on the floor where there were mice running around and not getting daily exercise and education, law library, religious services nor privacy with taking showers m. We had to take showers next to each other and was exposed to staff and other juvenile detainees. I just recently told that they were rewarded lawsuit that I never obtained nor was ever notified. So my funds should be in the treasury department. The Juvenile system overcrowded population and the Suffolk county house of corrections lawsuit from (2000-2003). Likewise I reported the issues with me not being able to get my prison records, all my arrest records, the records from the chief F.o.l.a, the Internal Revenue Service, CJIS. In **March 1994-March 1994,** I was brought to many different locations due to overcrowded population in the department of youth services. I was taken to adult prisons all over the Massachusetts to stay in the booking area where I was amongst inhumane conditions and denied the law library, education, religious, rehabilitation services, privacy with showers (in the department of youth facilities) where we had to shower exposed with no curtains, in front of other youth and adult staff. Which is less private than the adult facility. In 1995 after on AWOL from the department of youth services I was arrested in the **Bromley Health Street Projects,** for carrying a firearm and the report specified I was locked up by officer "**TeleType**". This has been a privacy invasion since 1995. By the department of youth services and the city of Boston police departments, **(BCI, BMI, RFID, Neuroprothesis Devices).** Likewise I addressed the issues in my employment

in relations to United postal service complaints upon obstructing my mailing process with the complaint I filed. Along with being harassed by tampering with my phone controls remotely and controlling my systems computer programming. The Apple inc did not contact the government to report this hacking. Although google reported it to me. This hacker was able to remain at a **IP address** that was accessible to Apple and my phones domain. I also stated that my location was not New York, was not Rhode Island and was only Lowell, Mass. 01852. Apple inc. phones calculate every signal that comes in your phones domain, there's no secured private connection that can access your phone.

There's always an IP address and therefore a location can be verified. Even at a dummy location that address connects to the hackers domain. When buying a phone the phone comes with a computer system and there's no specific reason to upgrade unless you want additional applications that hold upgraded features other than the Apple operating system which you purchased. So no different than a 1988 Honda Accord there's no need to upgrade the system to a higher graded system. You don't need a 1991 Honda Accord engine the 1988 works fine. The department of justice neglected to look into these issues all above leaving my intellectual property subject to theft. This intellectual property is relevant to rehabilitation (music therapy), religion, education, employment, and denial of the protection denied me public accommodation and discriminated against me. With 250 complaints based on protection of my property alone and others neglected this has to be discrimination.

### The statement of Claims;

1. Denial of public accommodation Services,
2. Discrimination of disabled persons in connection with public accommodation services
3. *Discrimination in connection with education, employment and religious practices.*
4. Denial and discrimination of rehabilitation services,
5. Illegal Search and Seizure, denial of due process in the the court of Law.

I'm pursuing this complaint under **42 USC 1981, 1982, 42 USC 1983, 42 USC 1985, 42 USC 1986, 42 USC 2000a-6 (**42 USC 42 USC 2000a-1, 2000a-2, **42 uSC 2000b-2, 42 USC 2000c-3, 42 USC 2000c-8 42 USC 2000c-9, , 42 USC 2000d-2, 42 Us 2000e- 5, 42 USC 2000-7, 42 USC 2000h-2, 42 USC 2000cc-2, 42 USC 12117,** Federal Tort Law, 45 CFR 35.1, 35.9, 28 USC 2671-2680, 45 CFR 56, 56.9, 45 CFR 84, 84.4, **29 USC 791, 29 USC 794, HIPPA** Violations. **42 USC 2000bb—1, 42 USC 12132, , 42 USC 12133**, 42 USC 12182, 12184, **42 USC 12188**, M.G,L 265 section 37, **M.G.L 263 section 1, M.G.L 12 section 11,** (42 USC 12202/no state Immunity), (42 USC 12203/Retaliation and Coercion), (42 USC 12212/Alternate means of dispute resolution). 42 USC 2000aa-6, M.G.L 93 section 5, 6, 10, 13, , 40, 42A, 42B, 42C, 42D, 42f, M.G.L 93A section 11.

Respectfully, *Curtis Howell*

Curtis Howell (11/28/21)

31  Certificate of Service, I attest to under oath on the above Date 11/28/21 This was Prepared & Sent 12/2/21