Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the
**First** District of **Massachusetts**

_____ Division

Plaintiff(s): **Curtis Howell**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **Attorney General (Mass)(et al, Defendants)**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____ (to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Curtis Howell**
Street Address: **234 Gibson Street**
City and County: 
State and Zip Code: **Lowell, MA. 01852**
Telephone Number: 
E-mail Address: **curtishowell810@icloud.com**

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Word Complaint submitted w/ this see contents of incident (pg. 25-31)**

Page 1 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
  Name: Massachusetts Attorney General
  Job or Title (if known):
  Street Address: 1 Ashburton Place
  City and County: Boston
  State and Zip Code: MA 02108
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Department of Justice
  Job or Title (if known):
  Street Address: 950 Pennsylvania Ave
  City and County:
  State and Zip Code: Washington, D.C 20202
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: City of Boston (Dept. of Youth Services)
  Job or Title (if known):
  Street Address: 1 City Hall Square #500
  City and County:
  State and Zip Code: Boston, MA 02201
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: United States Postal Service
  Job or Title (if known):
  Street Address: 475 L'Enfant Plaza (SW)
  City and County:
  State and Zip Code: Washington, D.C 20260
  Telephone Number:
  E-mail Address (if known):

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**B. The Defendant(s)**

an   Provide the information below for each defendant named in the complaint, whether the defendant is individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: "(Drake)", Aubrey Graham
- Job or Title (if known):
- Street Address: 9601 Wilshire Blvd. 3rd Floor
- City and County:
- State and Zip Code: Beverly Hills, CA. 90210-5213
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Kanye West
- Job or Title (if known):
- Street Address: 24895 Long Valley Rd.
- City and County:
- State and Zip Code: Hidden Hills, CA 91302
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Billerica House of Corrections
- Job or Title (if known):
- Street Address: 269 Treble Cove Rd.
- City and County:
- State and Zip Code: Billerica, MA. 01862
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Department of Corrections
- Job or Title (if known):
- Street Address: 50 Maple Street
- City and County:
- State and Zip Code: Milford, MA. 01757
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 12188, 28 USC 1332, 42 USC 1981, 1982, 1983, 1986, 42 USC 12133, 12117, 2000a-b

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Curtis Howell , is a citizen of the
       State of *(name)* Massachusetts .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated
       under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an ~~individual~~ Government Agency
       The defendant, *(name)* United States Postal Service , is a citizen of
       the State of *(name)* Massachusetts . Or is a citizen of
       *(foreign nation)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Curtis Howell__, is a citizen of the
   State of (name) __Massachusetts__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated
   under the laws of the State of (name) _____;
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an ~~individual~~ __Government Agencies__
   The defendant, (name) __Mass attorney general__, is a citizen of
   the State of (name) __Massachusetts__. Or is a citizen of
   (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __City of Boston, (Dept. Youth Services)__, is incorporated under
   the laws of the State of (name) __Massachusetts__, and has its
   principal place of business in the State of (name) __Massachusetts__.
   Or is incorporated under the laws of (foreign nation) _____;
   and has its principal place of business in (name) __Boston, MA. 02108__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/1/21

Signature of Plaintiff: Curtis Howell (12/1/21)
Printed Name of Plaintiff: Curtis Howell

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____