UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CURTIS HOWELL,

      Plaintiff,

      v.                               Civil Action No. 21-11979-ADB

MASSACHUSETTS ATTORNEYS
GENERAL, et al.,

      Defendants.

## ORDER

BURROUGHS, D.J.

      Upon review of Plaintiff's numerous motions, the Court hereby orders:

      1.      Plaintiff's motion for appointment of counsel [ECF No. 2] is DENIED without prejudice to renewal if the Court orders that summonses issue and if the defendants have been served with and responded to the amended complaint.

      2.      Plaintiff's motions for leave to proceed *in forma pauperis* [ECF Nos. 3, 12] are GRANTED.

      3      Plaintiff's motions to correct clerical errors [ECF Nos. 7, 9] are DENIED without prejudice.  It is unclear what relief Plaintiff seeks.  To the extent that he is asking to make corrections of his original complaint, the request was mooted by his filing of an amended complaint.  To the extent Plaintiff believes there is error in how the Clerk has docketed his filings, the Court cannot identify any errors, and there are certainly no material errors.

      4.      Plaintiff's motion for pro se court cost [ECF No. 8] is DENIED.

      5.      Plaintiff's motion for relief from judgment and the issuance of summonses [ECF No. 13] is DENIED.

6.      Plaintiff's motion to enlarge statutory time frame for service [ECF No. 14] is

DENIED without prejudice.  Should the Court order that summonses issue, Plaintiff will have 90

days from the date the summonses issue to complete service.

7.      Plaintiff's motion to request notice of rulings [ECF No. 20] is DENIED without

prejudice.  The Clerk is mailing Plaintiff copies of Court orders as soon as they are issued.

Further, Defendants are not in default because summonses have not issued.  Summonses shall

only issue upon order of the Court after the Court has conducted a review of the amended

complaint pursuant to 28 U.S.C. § 1915(e)(2).  Until the Court orders that summonses issue and

the Defendants are properly served, Defendants are not obligated to respond to the Plaintiff's

operative complaint.

8.      Plaintiff's motion for summary judgment [ECF No. 21] is DENIED as premature.

9.      Plaintiff's motion to object/motion for default judgment [ECF No. 25] is

DENIED.  Defendants have not defaulted because summonses have not issued.

10.     Plaintiff's motion for attorney cost and fees [ECF No. 26] is DENIED without

prejudice.  If the Court orders that summonses issue, Plaintiff will have the option of having the

United States Marshals Service effect service without any cost to Plaintiff (except for costs

incurred in making copies of documents for service on Defendants).  Plaintiff's *in forma*

*pauperis* status does not mean that the Court will advance him funds for litigation expenses or

pay for an attorney.  Further, in general, *in forma pauperis* litigants are not entitled to free

document copies or court transcripts.

11.     Plaintiff shall not file any additional motions until the Court has reviewed the

amended complaint and issued an order concerning the issuance of summonses.  Plaintiff raises

issues that are not material at this stage of the litigation and the numerous filings impede rather

than promote the progression of this case.

     IT IS SO ORDERED.


   4/6/2022                             /s/ Allison D. Burroughs
DATE                                     UNITED STATES DISTRICT JUDGE